

**ORDERED in the Southern District of Florida on May 17, 2023.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    Case No.: 23-13545-LMI
Carlos Felipe De La Paz                                       Chapter 13

             Debtor(s).                    _____/

## ORDER GRANTING EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND RELATED DOCUMENTS

THIS CAUSE having come on to be considered upon the Debtor's Ex-Parte Motion

for Extension of Time to File Schedules and Related Documents and good cause appearing

for the Motion, it is hereby,

ORDERED that the Debtor herein shall have until May 25, 2023, to file the balance

of the schedules and related documents.

###

Respectfully Submitted By:
Jose A. Blanco, Esq.
Attorney for Debtor(s)
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463

*Jose A. Blanco, Esq. is directed to serve copies of this Order on the parties listed and file a Certificate of Service with the Clerk of the Court.*