

**ORDERED in the Southern District of Florida on August 9, 2023.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Carlos De La Paz                                          Case No.: 23-13545-LMI
                                                                   Chapter 13

                Debtor(s)                /

**ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF WAGE DEDUCTION ORDER**

   THIS MATTER was heard on the Court's consent calendar on August 8, 2023 upon Debtor's Motion to Waive Requirement of Wage Deduction Order [ECF#28], IT IS;
   ORDERED AND ADJUDGED:
1. Debtor's Motion to Waive Requirement of Wage Deduction Order is granted.
2. The Requirement of the Wage Deduction Order is waived.

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.