UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Carlos Felipe De La Paz    Case No.: 23-13545-LMI
Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Granting Motion To Waive Wage Deduction Order and Order Continuing Confirmation Hearing was sent to all parties on the attached service list on August 11, 2023.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Carlos Felipe De La Paz
8471 NW 185th ST
Hialeah, FL 33015

All Creditors on the Matrix

                                      Respectfully Submitted:
                                      **JOSE A. BLANCO, P.A.**
                                      By: */s/ Jose A. Blanco*  | FBN: 062449
                                      Attorney for Debtor(s)
                                      102 E 49th ST
                                      Hialeah, FL 33013
                                      Tel. (305) 349-3463