

**ORDERED in the Southern District of Florida on December 8, 2023.**

　　　　　　　　　　　　　　　　　　**Laurel M. Isicoff, Judge**
　　　　　　　　　　　　　　　　　　**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:　　Carlos De La Paz　　　　　　　　　　　　Case No.: 23-13545-LMI
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　　　　Debtor(s)　　　　　　　/

### ORDER GRANTING DEBTOR'S MOTION TO DETERMINE NO PERSONAL LIABILITY AGAINST THE DEBTOR WITH TAMPA ARMATURE WORKS, INC.

　　This action having come before this Court for hearing on December 5, 2023, upon the Debtor's Motion to Determine No Personal Liability Against the Debtor with Tampa Armature Works, Inc. (herein "Motion") [DE #59],

　　**IT IS ORDERED AND ADJUDGED** as follows:

1. The Motion is GRANTED.

2. The Debtor, Carlos De La Paz, does not have any personal liability on any and all claims by Tampa Armature Works, Inc.

3.  The Court shall retain jurisdiction of this Order to enforce the terms of this Order.

# # #

Respectfully submitted by:
**Jose A. Blanco, P.A.**
Jose A. Blanco, Esq. | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com

Attorney Jose A. Blanco, Esq. is hereby directed to serve a copy of this order upon all interested parties.